```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PAMELA THOMAS                        :    CIVIL ACTION
                                     :
        v.                           :
                                     :
THE PRUDENTIAL INSURANCE COMPANY     :
OF AMERICA                           :    NO. 14-2774
```

ORDER

AND NOW, this 17th day of September, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant The Prudential Insurance Company of America to transfer this action under 28 U.S.C. § 1404(a) either to the United States District Court for the Eastern District of Virginia or to the United States District Court for the District of New Jersey is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III_____
                                                        J.